ANDREW J. SMITH, appellant,

*v.*

EVELINE V. SMITH et al., respondents.

On appeal from a decree of the chancellor, whose opinion is reported in *Smith* v. *Smith, 9 Dick. Ch. Rep. 1.*

*Mr. Samuel H. Grey* and *Mr. Cortlandt Parker,* for the appellant.

*Mr. Mark R. Sooy* and *Mr. Charles L. Corbin,* for the respondents.

PER CURIAM.
Decree affirmed, for the reasons given by the chancellor.

*For affirmance*—LIPPINCOTT, MAGIE, VAN SYCKEL, BARKALOW, HENDRICKSON, NIXON—6.

*For reversal*—DEPUE, DIXON, GARRISON, GUMMERE, DAYTON—5.